**No. 58849.**—L. Bamberger & Co. *v.* United States, protests 154805–K and 156152–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper napkins the same in all material respects as those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 17, 1955

**No. 58850.**—Roseman Enterprises Co. *v.* United States, protest 238438–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58851.**—Air Clearance Ass'n, Inc. *v.* United States, protest 229437–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose anything that would warrant disturbing the finding of the collector, which was presumptively correct, the protest was overruled.

**No. 58852.**—Roberts, Reilly & Sons *v.* United States, protest 240226–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose proof sufficient to overcome the presumption of correctness attaching to the collector's assessment, the protest was overruled.